**DISMISSED; Opinion Filed November 30, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00508-CV

## CHARLES A. FARRIS, ET AL, Appellants
## V.
## BANK OF NEW YORK MELLON, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00365-D**

# MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Justice Evans

The clerk's record in this case is past due. By letter dated June 26, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed and appellant has not provided the required documentation regarding the clerk's record nor otherwise corresponded with the Court.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/David Evans/
DAVID EVANS
JUSTICE

180508F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHARLES A. FARRIS, ET AL, Appellants

No. 05-18-00508-CV          V.

BANK OF NEW YORK MELLON,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-18-00365-D.
Opinion delivered by Justice Evans. Chief
Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BANK OF NEW YORK MELLON recover its costs of this appeal from appellants CHARLES A. FARRIS, ET AL.

Judgment entered this 30th day of November, 2018.